UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert KATZ

Write the full name of each plaintiff.

19 CV 8637

_____CV_____
(Include case number if one has been assigned)

-against-

New-York Historical Society
Trustees of the N-YHS
Laura Washington
Jennifer Schsantz , see attached

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☒ Yes    ☐ No

RECEIVED
SDNY PRO SE OFFICE
2019 SEP 17 PM 2:50

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

Robert KATZ

against continued:

Tim Wroten

Doris Lopez

Valerie Crane

Bless Widish - Pace University
    Joey Peterson
New York Road Runners - Doris Note, Judy Wallace, Lauren
    Julis Prosser - Simon Schuster                        Doll
Museum of the City of New York - Harvey Hirsh

Guggenheim Museum Donsygh Goddard, Sarah Rosen

Middletown Thrall Library

SUNY Orange   Orange County Community College

Mike Saunders

NYS Public Service Commission

Jimmy Len Bismer
Brad Eng - Lower East Side Tenement Museum
    Melissa Mark Urevito

Defendants 1 (Robert KATZ)

Defendants:

New-York Historical Society
170 Central Park West
New York, N.Y.   10024
Oscis Lopez


Laura Washington + Tim Broten
Andrew Mellon Foundation
New York, N.Y.   ⟶
~~or send C/o~~
~~New-York Historical society~~
~~170 central park west~~
~~New York, N.Y. 10024~~

Andrew W. Mellon Foundation
140 E. 62nd Street
New York, N.Y. 10065


Valerie Crane
Alfred Sloan Foundation
New York, N.Y.
or send C/o
New-York Historical Society
170 Central Park West
New York, N.Y.   10024

Defendants 2 [Robert Katz]

Bless Laidian

Career Services

Pace University

one Pace Plaza

New York, N.Y. 10038


Maria Note

Human Resources

Lauren Doll

public Relations

new York Road Runners

156 W. 56th Street Floor 3

new York N.Y. 10019


Harvey Hirsh

Human Resources

Museum of the City of new York

1220 5th Avenue at 103rd Street

new York N.Y. 10029

Defendants 3                    (Robert KATL)

Danayah Goodard
Human Resources
Guggenheim Museum
1071 5th Avenue 89th St.
New York, N.Y. 10128


Middletown Thrall Library
11-19 Depot Street
Middletown, N.Y. 10940


SUNY Orange -Orange County Community College
115 South Avenue
Middletown, n.Y. 10940


Mike ~~Smithers~~ Saunders
c/o Piermont Fire Dept.
Piermont Avenue
Piermont, N.Y. 10968

Defendants 4         [Robert KATZ]

NYS Public Service Commission

Empire State Plaza

Agency Building 3

Albany, N.Y.    12223-1350


Jimmy Lan Bragher

NYC City Council

250 Broadway, Suite 1833

New York, N.Y.    10007


David Eng — Communications

Lower East Side Tenement Museum

51 Orchard Street

New York N.Y.    10002

Melissa Mark Liverito

Go NYC Council

250 Broadway, ~~Suite~~

New York, N.Y.   10007

Defendants 5    [Robert KATZ

Joey Peterson
462 W. 51st Street
Apt. 4R
New York, N.Y.


Julia Prosser
Director of Publicity
Simon + Schuster
1230 Avenue of the Americas
New York, N.Y. 10020

Trustees of N-Y Historical Society

Glen S. Lewy
Hudson Ventures
535 Fifth Avenue
14th Floor
New York, N.Y. 10017

Defendants 6        | Robert KATZ

Mr. Barry Barnett
Susman Godfrey LLP


Norman S. Benzaquen + Richard Gilder
Gilder Gagnon Howe


Franci J. Blassberg
Debevoise Plimpton


James S. Chanos
Kynikos Associates LP


Ravenel B. Curry III
Eagle Capital Management


James Grant
Grant's Interest Rate Observer

defendants 7 [ Robert KATZ ]

Jonsthon M. Moses
Wschtell, Lipton, Rosen + KATZ

Russell P. Pennoyer
Brittany Capital Group Inc.

Eric J. Wallach
DLA Piper

David W. Zalaznick
JZ partners

Byron R. Wien
Blackstone

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

  ☒  **Federal Question**

  ☐  **Diversity of Citizenship**

## A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*insured
right to obtain
legal representation*

*Whistleblower retaliation    Conspiracy*

*age discrimination    stalking*

*Calcubel computer intrusion    harressment*

*defamation    computer fraud and abuse*

## B. If you checked Diversity of Citizenship

*inbroused on my right to privacy*

### 1. Citizenship of the parties

*negligence*

*fraud*

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of _____
        (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
              (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, *New York Historical Society* , is incorporated under the laws of

the State of *New York*

and has its principal place of business in the State of *New York*

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in *New York State* .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

*Robert*         *A*         *KATZ*
First Name         Middle Initial         Last Name

*36 Jordan Lane*
Street Address

*Middletown*         *N.Y.*         *10940*
County, City         State         Zip Code

*845-342-6016*
Telephone Number         Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the
correct information is not provided, it could delay or prevent service of the complaint on the
defendant. Make sure that the defendants listed below are the same as those listed in the
caption. Attach additional pages if needed.

Defendant 1:  _Trustees of the  New-York Historical Society_

First Name                          Last Name

new-York Historical    _____
Society                  Current Job Title (or other identifying information)

_170 Central Park West_

Current Work Address (or other address where defendant may be served)

_New York_          _N.Y._          _10024_

County, City            State            Zip Code

Defendant 2:  _Jennifer          Schantz_

First Name                          Last Name

_Chief Administrative officer General Counsel NYHS_

Current Job Title (or other identifying information)

new-York Historical    _170 Central Park West_
Society                  Current Work Address (or other address where defendant may be served)

_New York_          _N.Y._          _10024_

County, City            State            Zip Code

Defendant 3:  _Judy          Wallace_

First Name                          Last Name

_Human Resources - new York Road Runners_

Current Job Title (or other identifying information)

new York Road Runners    _156 W. 56th Street  Floor 3_

Current Work Address (or other address where defendant may be served)

_New York_          _N.Y._          _10019_

County, City            State            Zip Code

Page 4

Defendant 4:    Sarah    Rosen

First Name    Last Name

Human Resources    Guggenheim Museum

Current Job Title (or other identifying information)

Guggenheim Museum    1071 5th Avenue    89th Street

Current Work Address (or other address where defendant may be served)

New York,    N.Y.    10128

County, City    State    Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:    New York City, Westchester county, Orange County new York

Date(s) of occurrence:    2007 – Present

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Laura Washington V.P. Comm n. VHS and Jennifer Schantz knowingly hired me to do a FT job at a PT salary for years. After I complained they harassed and retaliated against me, on my last day of employment they wanted me to sign a legal document giving them whistleblower protection which I do not sign. they hired younger people to the dept and did not promote me to FT. They put spyware on my work computer stole my email address used this for Relevant MsCom getting another job, I sent resume from libraries and public college. they participated in spying and stealing my email

See stitched written documents

Page 5

see sttacled written document 5

address. My jobs I applied knowlingly
cooperated truth hr dpt s in this
retaliation and did not disclose my
email passwords had been stolen
I believe tapped my phones
chel tipped off floor I
complained to start this

~ more see attached ~

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

would like money demsres
Stop computer intrusion at all places
Stop New York Historical society stalking/defamation/harassment

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| _Sept.17_ _____ _2019_ | _Rob Hy_ |
| Dated | Plaintiff's Signature |
| _Robert_ _____ _A_ | _Kertz_ |
| First Name | Middle Initial | Last Name |
| _36 Jordan Lane_ | |
| Street Address | |
| _Middletown_ | _N.Y._ | _10940_ |
| County, City | State | Zip Code |
| _845-342-6016_ | |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

Facts Robert Astle Page 1

I worked in the Communications Dept. of the N YHS from 2007-2013, only one worked

in dept. during this time not secured a FT job since leaving. Was longest & almost successful job in

my life. In 2008 began sending resumes for FT jobs. Early 2007 right before I started working at N YHS

was last FT job. Have not secured a FT job since. 12 years since last FT position still not

secured FT position yet to this day, is unprecedented in my life. Usually only a couple of months

between FT positions before started at N YHS. Since 2008 gone on 60 job interviews still not secured a

FT position, is unprecedented usually only a couple interviews to secure a FT job before started working at

N YHS. Since leaving N YHS on public assistance for 1st time in my life. N YHS arranged for

public institutions to spy on me, steal my email passwords and monitor websites I was visiting so they

could know where I was interviewing and to determine and control the future jobs. Since

leaving N YHS was during took classes to improve my job skills. My last day in April 2013

at N YHS asked to sign legal document giving N YHS whistle blow protection in

[ Facts Page 2 Robert KATZ ]

exchange for $7,000, document written by Jen Schantz was 3 pages long also given to

me by Lalenne Coure in front of Laura Washington. Refused to sign Anythings spying on my

work computer during lunch hour I would check my personal email address (once here I sent resumes).

Mrs. Washington protested when I attempted to lock up my computer keyboard, and they took my

computer away and gave it back to me when they installed spyware to monitor websites I

visited, Anythings arranged to give financial compensation to my friends La pryonne, and they deleted

communications with my Grams thru my facebook account to hide this, and they intercepted

I arranged with attorneys jhsady law groups and gov't officials so they would not help me, priesinvsity career services such 2 orange career services

me, advising me poor legal advice. Arranged to monitor my phone calls both mobile and landline.

Have called me hundreds of times with phantom calls to harass me.

From 2007–2013 at Anythings I made $15–15 per hour 5 days a week, Mrs. Washington was a

communication manager over $10,000 per year and we did same work. They do not continue to

some stole it while they were getting FT work comme at a PT salary.

facts                                    (Robert KATZ) ③

I interviewed for a full-time position
in early 2007 with Ms. Laura Washington, Vice-President of
Communications for a position in the Communications
Department. I was not hired at this time for this position.

I was hired by Ms. Washington in october
2007 to the Communications Dept. of the New York Historical
Society. I was hired to book group tours to the museum.
I was scheduled to work 3 days a week - 25 hours a week -
at $15.00 per hour and no health benefits. I was
provided a call list of retiree groups and churches to
call for and book group tours. I wrote a group tour pitch
that was approved by Ms. Washington.

In November 2007 I was told by Ms.
Washington to do media relations work - write media advisories,
create and manage media lists and pitch press releases to
reporters and arrange media interviews. In addition to my group
tour responsibilities. Ms. Washington felt the Comm. Dept.
now would be getting "more bang for the buck" if I took on these
added responsibilities. I received no raise in pay at this time.

I received a raise in salary in January 2008 to $118.00 per hour.

I had similar responsibilities to Ms. Washington, VP of Communications who as of 2013 had a yearly salary of $135,000. My last part-time salary as of 2013 was $19.10 per hour and no change in number of hours worked per week. I was not compensated fairly for equal work as compared to Ms. Washington. Myself and Ms. Washington were the only staff members who did media relations type work.

Ms. Jennifer Schantz, the Chief Administrative officer and General Counsel was informed of my change in responsibilities as of January 2008 and my salary. She was also informed in March 2013. The Human Resources Department knew my responsibilities and salary. Ms. Washington submitted a yearly performance evaluation of myself to the Human Resources Department each year listing my accomplishments and responsibilities each year.

They knew my salary as well.

The changing of responsibilities, nature of
work, changed dramatically from what I had been hired to
do originally, this is possible fraud and Ms. Schantz and
Ms. Washington knew of and originated this fraud. I
believe this was the intention of Ms. Schantz and
Ms. Washington from even before I was hired.

Ben Levinsohn was hired I believe in 2011
to the Communication Dept to book group tours, he was
hired Full-Time, yet I was hired Part-Time for the
same position and had additional responsibilities put
upon me.

Jsys Saxena was hired Full-Time in May 2011
to the Communications Dept as a copyeditor. Tim Wroten
was promoted from Part-time to Full-Time in December
2011, he was Ms. Washington's Assistant. Both Mr. Levinsohn,
Ms. Saxena, and Mr. Wroten did not contribute to the
increase in finances to the bottom line of the N-YHS, as much

Facts

Robert Rath

(16)

as my work did, yet they were hired Full-Time, and promoted to Full-Time yet I remained at Part-Time.

I asked Mrs. Washington what was going on and she lied to me saying she approved of me going to Full-Time status, but the Finance Dept. would not fund the promotion. I asked Mrs. Valerie Crane, the head of the Human Resources Dept and she refused to answer my questions, and told me to worry about myself and my own job. I questioned Mrs. Schantz about this and she lied to me saying the N-YHS may be going out of business due to financial trouble, yet recently completed a multimillian dollar expansion and renovation. Mr. Wooten, Mrs. Sexens, and Mr. Levinsohn were all younger than myself.

My responsibilities were later changed after my initial protests to: checking the communications @ nyhistory.org email inbox, writing monthly summaries of exhibits, special events, and children's museum events and sending to listings

⑦

editors, and supervise C-SPAN tapings at night. Ms.
Washington several weeks later asked me to do media
relations work for the children's museum with no raise
in pay or upgrade to full-time status. I refused.
Ms. Washington then informed me that Mr. Wroten
was going to be named Associate Manager of the
Communications Dept. and would be responsible for
my work assignments going forward. Mr. Wroten on an
almost daily basis asked me to do full-time media
relations work, even after my conversation with Ms.
Washington on my new responsibilities given to me by her.
I refused Mr. Wroten's repeated demands, and I informed
Mr. Wroten of my prior conversation with Ms. Washington,
and Mr. Wroten accused me of being difficult and
continued to harass me in violation of the employee
guidlines of the New-York Historical Society.

I was terminated in April 2013

for my employment at the W-4HS. On my last day I had a meeting with Ms. Crane and Ms. Washington, they informed me they were "re-organizing the Communications Dept" and that was the reason for my termination. They handed me a legal document to sign giving the W-4HS whistleblower protection in exchange for $2000 severance. I refused to sign the document.

In 2008 there was talk I would be promoted to Full-Time, when this did not happen I started to send resumes seeking a Full-Time position in 2008. I had Interviews from 2008-13 with: New York State Society of Certified Public Accountants, Lower East Side Tenement Museum, LEAP – Learning Through Expanded Arts Program, Snapple Theater Center, 4JA Federation of New York, Harvard Club of New York, French West Laughn public relations, KissGreen Center, Laung+Company Public Relations,

Facts

Robert KATZ

(9)

and the office of Assemblywoman Amy R. Paulin.
I was not offered a position with any of these
organizations. I believe during my time at NYHS
the staff there istole my passwords to my personal
Yahoo and Gmail email accounts off of my work
computer. From these accounts I sent resumes
and I believe once the staff at NYHS knew
where I was looking for new employment they
interfered in this process costing possible new
employment.

This was evident in several examples in 2012.
Mrs Davis Lopez was promoted from Network Administrator
to Director of Information Technology at NYHS

— March and August 2012 I contacted Equal Employment
Opportunity Commission New York office.

— November 2012 contacted New York City Public Advocate's
office and spoke with Mr. Tommy Lin.

Facts                    Robert Katz

- September 2012 email from attorney
  william Sulzer saying I should not pursue
  litigation and to contact Westchester County Bar
  Association for an attorney.

- 2012-2013 contact Assemblywoman Amy Paulin's office
  met with staff who took no action

- I signed a lease to my apartment in Thickshoe, N.Y.
  in 2003, this lease expired and I never signed another
  lease. All of a sudden in early 2013 the landlord
  of my apartment building started pressuring me to sign
  a 2 year lease. He sent me a lease to sign on the
  exact day I was terminated from the N-YHS, he
  communicated by email. A building staff member in
  2013-2014 always said to me "so you have the day off" when
  we spoke in the elevator after I was terminated by
  the N-YHS.
      All of this activity shows and increases of
  monitoring by the N-YHS.

Facts

Robert Katz ①

— met with Cullen M. Barrie of Councilwoman Jessica Lapin's office, he refused to speak with me

— met with Gracey L. Stoddard of Congresswoman's Maloney's office in Nov 2012, they did nothing.

All of these incidents I believe are connected due to spying by N-YHS of my personal email accounts and websites I visited. They infringed on my right to privacy of my personal email accounts. I had a picture of Eli Manning winning his first Super Bowl in my work cubicle/station/desk. Someone had graffitti over it one day. I reported this to Ms. Washington she contacted security. After this incident I decided to put my computer keyboard under lock and key above my desk. Ms. Washington protested this. I stopped this action, I believe Ms. Washington protested because they were looking at my personal email accounts from my work computer. This is why my privacy settings on my personal Gmail account never showed anything off from when I checked my email

Facts

Robert Katz

19

at work. Also, Ms. Washington informed me my
work computer had a virus. They removed
my work computer and gave me a laptop to
work with, then after several weeks gave me back my
computer. I believe at this time they installed
spyware to monitor what websites I visited, that
is reflected in the previous timeline. All of the places
I met with to report job discrimination I believe
were tipped off ahead of time I would be
visiting them and acted accordingly.

          At this time my friends in 2012
started to go to the same restaurant on the Upper East
side of Manhattan after getting together on Friday
nights. This has unusal, we usally went to different
restaurants. Ms. Jody peterson and her boyfriend Matt
Bojek asked me to connect with them on Facebook at
this time, along with Kevin Hochreine. Ms. Peterson
at this time began to pay closer attention to me, and

Facts                    Robert Witt

her boyfried always invited me to hang out with him on Facebook. I believe Mrs. Peterson and mr. Bajek were paid by the W-9HS to act this way.

After I left W-9HS I interviewed with Watson Adventures Scavenger Hunts, I helped to arrange their hunts at the W-9HS and knew Bret Watson, company president very well. The position I interviewed for was a writer of the questions for the scavenger hunts. I told them on the interview and showed them my writing samples: press releases, media advisories, newspaper articles, and comedy writing. I was told to take a 10 page writing test that was extremely difficult and I did not finish. I believe no other writing candidate had to take this test or at that level of difficulty for a position with his company. mr. Watson also gave me an over the top job reference for my interview with the Harvard Club of New York I believe mr. Watson

[Robin Hate]

(14)

was instructed and paid by the n-YHS for the job reference and giving me a fake writing test and interview to make me think I had a real chance for a job with his company.

Ms. Hochrainer arrange for me to interview for a communications position with Weill Cornell where she worked in 2013. I interviewed for the position but did not get a job offer. I believe Ms. Hochrainer was paid to set me up on a fake interview where she worked by n-YHS.

I believe my friends were paid by n-YHS to hang out with and spy on me, Ms. Hochrainer invited me to her Queens apartment for my birthday in 2013 (same day Robin Williams died) she and her husband took me to a not so great restaurant after traveling from Westchester to Queens, and during the New England-Atlanta Super Bowl party at Ms. Hochrainer's apartment I asked where a mutual friend Manny was, and she said

(13)

he had not returned from his home country the Phillippines and nobody knew where he was, this was an obvious lie. I visited the Rismores exhibit at the Queens Museum, and I told Kishore, Ms. Hochraiser's husband, and he said I should have stopped by his apartment in Jackson Heights, Queens the same day to hangout. I believe he invited me over or said this because he was getting paid by nights every time they hanged out with me.

In 2013 I secured a few job interviews, I took a social media class and highlighted my social media accomplishments on my resume which I had not done before. My interviews went up dramatically in 2014 yet I could not secure a job position.

In July 2014 I secured an interview with the Susan Magrino Agency. We confirmed an interview date, on the day I showed up for my interview

Facts                    Robert Katz    14

they sent me an email the day of the interview saying the position was filled. I showed up to the interview when they told me and read the email later that day. A similar event occurred with a friend He-Sook. He-Sook who I connected with on Facebook made arrangements with me in April 2013 to visit the Museum of the City of New York. She never showed up, then I checked my email and she cancelled that very same day by email. This was repeated with many of my job interviews cancelling at the last minute. I believe W14S influenced and paid for all of these cancellations. Several years later I had an interview arranged with the Sagen Grant Lewin agency and the day of my interview was sent an email the same day saying the position was filled. ~~They did not tell me this when~~ they told me this when I showed up ~~at the~~ for the interview but interviewed me anyway.

Facts

Robert KATU

15

During the interview I was asked where I lived which is illegal. This type of thing cancelling an interview on the day of the interview never previously happen before I started working at the N-YHS.

I applied for positions with Hunter Public Relations in April 2009, July 2008, Jan, 2011, May 2011 and never received an interview, yet the intern in our department at N-YHS was hired as a Senior Account Executive with no experience at all. I had several years of agency experience and was not an intern at N-YHS but a contributing Salaried worker, yet she was hired and I was never granted an interview with this firm.

I had several meetings with Mrs. Bless Laidian in 2013 + 2014 of Pace U. Career services. I told her about the advertisement in the Pace Alumni

Facts

(B)

magazine about how Pace Career Services
has 3,000 regional and global employers work
with their Career Services Dept. annually. I asked
her if she could put me in touch with some
of these and her response was " I am not allowed."
What I was asking from her was her job. Ms.
Laidish lied to me, and she never made a
phone call or sent an email on my behalf to
any employer. I believe she was instructed by
the n-YHS to act this way.

In October 2014 I wrote on
Facebook about Jays Sakens, Tim Wroten, and
Ben Leuhsohn on the Facebook pages of places
close to n-YHS. Within days of the FB postings
I had secured a phone interview with the
Guggenheim museum for a Senior Publicist

P9of3

(Robert WATZ)

(17)

position. In 2012 and 2013 and a job fair at the Guggenheim I applied for positions with the Guggenheim and was never called for any interview. The phone interview with Sarah Rosen, Associate Director of Talent Management was a fake interview with no intention of hiring me. This was arranged I believe by N-YHS.

I secured a phone interview on April 2, 2014 with David Eng of the Lower East Side Tenement Museum Communications Dept. At first he emailed saying he wanted to interview me then he never got back to me, even after repeated emails to Mr. Eng. I contacted the LESTM President who now was aware of what was going on. I now was able to secure a phone interview with Mr. Eng.

facts (Robert Kritle)    18

My phone interview lasted 7 minutes and
he asked me only one question. He hired
Julie Bennick who had no museum experience.
This was a fake interview arranged by the N-YHS.
This was a conspiracy by the NYHS denying a new job.
    In November 2014 I moved to
middletown, New York. I began to send resumes at
the middletown Thrall Library starting in January
2015. Ms. Anna Steinhauer wanted me to interview
for a Museum Coordinator position at the Motorcyclepedia
Museum in Newburgh, New York on January 20, 2015. We
spoke on the phone and was told the position was filled.
She said the email arranging the interview was sent
prior to any phone conversation for the interview.
The timing of this was very suspicious. I later sent
resumes from SUNY Orange. Ms. Kristin Vasquez
wanted me to come in for an interview for
Public Relations Manager position with Mismoth

*Facts*

Robert Katz

29

Advertising. I tried to confirm a date but did not hear back from her, then a few days later I was told they were going in another direction. I disscussed a possible interview with Mrs. Julia Prosser of Simon Schuster after I read she looked at my LinkedIn profile regarding a publicist position with Simon Schuster. Then after she expressed interest in interviewing me during our phone conversstion, she then emailed and said the same thing they decided to go in another direction and were shifting things in-house with their current staff. I interviewed with Mrs. Cathy Nonnenscher of the Pslace Theater in Stanford, CT in July 2014 for a Public Relations marketing position. During my interview she

facts                    [Rose Guardia]          19

mentioned she wanted to promote panel
discussions just like I had done at n~YHS.
They hired Ms. Sarah Guyr who had no arts
Public Relations experience or promoting panel
discussions. I believe n~YHS by stealing my email
passwords affected all of these possible job
positions negatively for me. This was a conspiracy and
                                        defamation by n~YHS.
      In April 2015 I sent my resume for a
Communications manager position with the Museum of the
City of New York, after I emailed my resume over
I spoke with Mr. Harvey Hirsch of their Human
Resources dept he had a pleasant phone conversation, he
even asked me my salary requirement. Then I did not hear
from them. Mr. Hirsch told me I would not be granted
an interview because I was being "difficult" talking to
him over the phone which was not true.

Psets     (Robert Wittle)    (23)

He was not making any sense. I wrote to the leadership of MCNY asking for an internal investigation because they hired Jacob Tugendrajch who had no museum communications experience at all, yet I never started an interview. Their attorney threatened to sue me for defamation when there was no basis for a defamation suit.

In June 2016 I applied for a Media Relations Manager position with the New York Road Runners. I got a recommendation from Dr. Norbert Sander of the Armory Foundation for this position. Ms. Shelly Wallace, the Human Resources Manager lied to me several times to prevent me from interviewing for this position saying I had not completed the application when I already did, the open position had to be assigned to a mysterious hiring manager who was never